Victor de Gyarfas (SBN 171950)
email: vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, Ca 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065

Attorneys for Plaintiff
KONCEPT TECHNOLOGIES, INC.
A CALIFORNIA CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONCEPT TECHNOLOGIES, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation<br><br>Defendant. | Case No: 2:12-cv-10952-SJO (PLAx)<br><br>**ORDER GRANTING STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>[The Hon. S. James Otero]<br><br>Ct Rm:    1 – 2nd Floor |

By agreement and consent to the terms set forth herein by the parties hereto, Plaintiff **Koncept Technologies, Inc. ("Koncept")** and Defendant **ITouchless Housewares and Products, Inc. ("ITouchless")** and full settlement of all claims having been reached, this Court hereby, ORDERS, ADJUDGES AND DECREES THAT:

1. This Court has jurisdiction over the Parties and the subject matter of this action, and venue is proper in the Central District of California.

2. The parties so agreeing, Koncept is the owner of United States Design Patent Nos. D622,885 S and D640,818 S (the "patents-in-suit") which were duly issued. Koncept owns all right, title, and interest in the patents-in-suit.

3. The parties have settled all of their claims in the above-styled matter.

4. By stipulation of the Parties, a Permanent Injunction is hereby entered in the present case, permanently restraining and enjoining Defendant ITouchless and any and all persons in active concert or participation with, through, or under them including all their officers, directors, agents, servants, employees, attorneys, representatives, successors and assigns, from directly or indirectly engaging in any conduct to make, use, offer to sell, or sell within the United States, or import into the United States, any product that is covered by a valid claim in any one or more of the patents-in-suit, where a claim shall be presumed to be valid as long as it has not been held invalid by a U.S. court of competent jurisdiction in a final determination of invalidity from which no appeal is available.

5. By stipulation of the Parties, Itouchless is ordered to cooperate and comply with Koncept and its counsel in accordance with terms of their Settlement Agreement, to:

(a) cease all sales and any and all offers for sale of Defendant's desk lamp product having one or more of the numbers: SKU 200793-01, SL007M and SL007S to any customers and or distributors located within and/or subject to jurisdiction of the United States of America,

(b) cease all sales and any and all offers for sale to any customers and or distributors located within and/or subject to jurisdiction of the United States of America of any lamp

1

**[PROP] ORDER GRANTING STIP
CONSENT JUDGMENT AND PERMANENT INJ as edited By DEN and further edited by TRR**
Case No. 2:12-cv-10952-SJO (PLAx)

4826-5433-8324.1

1 or colorable imitation thereof as illustrated in U.S. Design Patent No. D622,885 S, a copy
2 of which is attached hereto as Exhibit 1, and

3     c) cease all sales and any and all offers for sale to any customers and\or distributors
4 located within and/or subject to jurisdiction of the United States of America of any lamp
5 or colorable imitation thereof, including without limitation, the lamp design illustrated
6 claimed and registered in EU Registration No. 002110346-0001, a copy of which is
7 attached hereto as Exhibit 2.

8     6.  This court retains jurisdiction to consider, upon application by any party, any
9 violation of the terms of this order and Judgment.

10     7.  This court also retains jurisdiction to consider and determine any breach of the
11 Settlement Agreement and Release entered into between the parties hereto and those
12 parties agree that any matter arising out of or relating to that Settlement Agreement shall
13 be litigated in this Court.

14     IT IS SO ORDERED.

17 Dated: August 7, 2013

*S. James Otero* (signature)

S. James Otero
United States District Judge